UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-314 (JWB/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Korey Maurese Hale, | |
| Defendant. | |

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on November 17, 2025. (Doc. No. 48.) Both parties have indicated they have no objections to that R&R. (Doc. Nos. 49, 50.) Accordingly, the R&R is reviewed for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (failing to file objections waives the right to de novo review of any portion of an R&R); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.  The November 17, 2025 Report and Recommendation (Doc. No. 48) is **ACCEPTED**. Defendant Korey Maurese Hale is found mentally competent to stand trial, within the meaning of 18 U.S.C. § 4241(d).

2.  Under 18 U.S.C. § 3161(h)(1)(A), the period from **May 27, 2025**, through

**November 25, 2025**, shall be excluded from the Speedy Trial Act computations in this case.

3. Counsel for both parties must email chambers with their availability for rescheduling the continued Arraignment and Change of Plea Hearing.

Date: November 25, 2025         <u>s/ Jerry W. Blackwell</u>
                                JERRY W. BLACKWELL
                                United States District Judge